IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | *E-FILED - 9/21/12* |
|---|---|
| Plaintiff, | NO. CR-00-20139-RMW |
| v. | ORDER REQUIRING RESPONSE |
| MICHEAL KEPNEY, | |
| Defendant. | |

The United States Attorney is hereby ordered to file a response to defendant's Motion for a Modification of An Imposed Term of Imprisonment Pursuant to 18 U.S.C. §3582(c)(2) by October 26, 2012.

DATED: September 21, 2012

*Ronald M Whyte*
_____
RONALD M. WHYTE
United States District Judge

1

2  Copy of Order Mailed on 9/21/12 to:

3  Micheal Kepney
   Fed. Reg. No. 99590-011
4  Federal Correctional Institution
   3600 Guard Road
5  Lompoc, CA 93436-2705

6          Defendant/Appellant

7  John Glang
   Assistant United States Attorney
8  Office of the United States Attorney
   150 Almaden Blvd., #900
9  San Jose, CA 95113

10         Plaintiff/Appellee

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER REQUIRING RESPONSE
NO. CR-00-20139-RMW                                    2