*E-FILED - 12/20/12*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHEAL KEPNEY,<br><br>Defendant. | NO. CR-00-20139-RMW<br><br>ORDER DENYING MOTION PURSUANT TO 18 U.S.C. § 3582(c)(2) |

On November 16, 2011 defendant Kepney filed a *prose* motion pursuant to 18 U.S.C. § 3582(c)(2) to reduce his sentence based upon Amendment 750 to the United States Sentencing Guidelines which lowered the offense level for convictions involving crack cocaine. The government filed its response contending that the motion should be denied. The Court has considered the papers filed and the respective positions of the parties. The defendants's motion is hereby denied.

The motion lacks merit because defendant was sentenced as a career offender making him ineligible for a reduction pursuant to Amendment 750.

DATED: December 20, 2012

*Ronald M Whyte*
———————————————
RONALD M. WHYTE
United States District Judge

1

Copy of Order E-Filed and Mailed on **12/20/12** to:

2

Michael Kepney
3  Fed. Reg. No. 99590-011
Federal Correctional Institution
4  3600 Guard Road
Lompoc, CA 93436-2705
5
    *Defendant*
6

7  John Glang
Assistant Untied States Attorney
8  Office of the United States Attorney
150 Almaden Blvd., #900
9  San Jose, CA 95113

10     *Government Counsel*

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28